**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**
**Electronically Filed**

| | |
|---|---|
| RHONDA PIERCE and <br> WILLIAM RUSSELBURG | ) <br> ) <br> ) |
| PLAINTIFFS | ) Civil Action No. 4:24cv-00016-GNS |
| vs. | ) <br> ) |
| CHANTEL GANDY and <br> BUBBA GANDY SEAFOOD CAJUN X <br> MARKET LLC | ) <br> ) <br> ) <br> ) |
| DEFENDANTS | ) |

## AGREED ORDER OF DISMISSAL

The parties having settled all claims asserted in this lawsuit, and the Court being sufficiently advised of same via this Order, it is hereby

ORDERED that all claims asserted in this case by all parties are hereby DISMISSED, with prejudice, each party bearing that party's own attorney fees, costs and expenses.

Greg N. Stivers, Chief Judge
United States District Court

February 18, 2025

HAVE SEEN AND AGREED TO:

Chukwuma J. Obiechefu by R. Michael Sullivan w/permission
Chukwuma J. Obiechefu, Esq.
Obi Law Group, PLLC
401 W. Main Street, Suite 2020
Louisville, KY 40202
*Counsel for Plaintiffs*

Page **1**

/s/ R. Michael Sullivan
R. Michael Sullivan
Sullivan Mountjoy, PSC
608 Frederica Street, Suite 201
Owensboro, KY  42301
*Counsel for Defendants*